July 3, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, NE
Washington, DC 20544     --                                    --

Dear Committee:

    This letter responds to your letter to me of June 26, 2007, in which you pointed out that my report dated May 15, 2007, lacked an entry under column B(2) for eight (8) listed corporate entities.  The information you requested is provided on the page enclosed, which amends my May 15, 2007, report, effective July 3, 2007.  Please attach the enclosed page to my May 15, 2007, report.

                               Sincerely,



                Raymond ... enger, III

enclosure

RECEIVED
2007 JUL 20 A II: 06
FINANCIAL
DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 7-3-07 <br> amending <br> 5-15-07 <br> report |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Vishay Intertechnology Inc. C.S. | NONE | | | | SOLD ALL | 2/13 | M | E | |
| 2 ON Semiconductor Corp. C.S. | NONE | M | T | | BUY | 4/17 | M | | |
| 3 Nextel, Inc. C.S. | NONE | | | | SOLD ALL | 2/6 | J | B | |
| 4 Biosite Diagnostics Inc. C.S. | NONE | | | | SOLD ALL | 2/13 | J | C | |
| 5 Time Warner Co. C.S. | NONE | | | | SOLD ALL | 2/13 | J | A | |
| 6 Google Inc. C.S. | NONE | | | | SOLD ALL | 3/2 | J | B | |
| 7 Iris Intl. Inc. C.S. | NONE | J | T | | BUY | 4/14 | J | | |
| 8 Regeneron Pharmaceuticals Inc. C.S. | NONE | J | T | | BUY | 4/14 | J | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clevenger, Raymond C. III | U.S. Court of Appeals for the Federal Circuit | 5/15/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Court Judge (Senior) | ___ Nomination, Date _____ <br> ___ Initial  X Annual  ___ Final <br> 5b. ___ Amended Report | 1/1/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place N.W. Washington, DC 20439 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☑ NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2007 MAY 10 P 3: 33 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☑ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☑ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2006 | Self-employed (photographer) | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | | P3=$25,000,001-50,000,000 | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of America c.s. | H1 | DIV | P3 | T | | | | | |
| 2 Smith Barney Managed Municipal Fund | E | INT | O | T | | | | | |
| 3 PNC Bank NOW Account | D | INT | L | T | | | | | |
| 4 Shelter Properties VII units | A | CAP DISTRIB | J | W | | | | | |
| 5 Shawnee Village Partners units | A | CAP DISTRIB | J | W | | | | | |
| 6 Seminole Transp. Co. mineral contract | C | Contract Payment | J | W | | | | | |
| 7 Coop Refining LLP mineral contract | A | Contract payment | J | W | | | | | |
| 8 Total Petroleum Co. mineral contract | B | Contract payment | J | W | | | | | |
| 9 Central Crude Co. mineral contract | B | Contract payment | J | W | | | | | |
| 10 Delaware Group Tax Free Fund | E | INT | N | T | | | | | |
| 11 Smith Barney Daily Div. Fund | E | INT | N | T | | | | | |
| 12 CA Inc. (formerly Computer Assoc. Intl. Inc.) c.s. | A | DIV | M | T | | | | | |
| 13 Grant Prideco Inc. c.s. | A | DIV | N | T | | | | | |
| 14 Epiq Systems Inc. c.s. | A | DIV | | | SOLD ALL | 11/6 | M | (E) | |
| 15 Cree Inc. c.s. | A | DIV | L | T | | | | | |
| 16 Garmin Ltd. c.s. | A | DIV | N | T | | | | | |
| 17 Cameron Int'l Corp. c.s. (formerly Cooper Cameron Corp.) c.s. | A | DIV | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 American Pharmaceutical Ptrs. C.S. | A | DIV | | | SOLD ALL | 4/11 | L | (E) | |
| 2 Chicago Bridge + Iron NV Shrs | A | DIV | N | T | | | | | |
| 3 Direct General Corp. c.s. | A | DIV | | | SOLD ALL | 8/8 | K | (D) | |
| 4 Kansas City Southern Indus. c.s. | A | DIV | M | T | | | | | |
| 5 Martek Biosciences Corp. c.s. | A | DIV | | | SOLD ALL | 9/8 | N | (G) | |
| 6 Transmontaigne Inc. C.S. | A | DIV | | | SOLD ALL | 3/28 | M | D | |
| 7 Vishay Intertechnology Inc. c.s. | | | | | SOLD ALL | 2/13 | M | E | |
| 8 El Paso Corp. c.s. | A | DIV | M | T | BUY | 8/21 | M | | |
| 9 Mueller Water Products Inc. c.s. | A | DIV | M | T | BUY | 8/4 | M | | |
| 10 ON Semiconductor Corp. c.s. | | | M | T | BUY | 1/7 | M | | |
| 11 Walter Industries Inc. c.s. | A | DIV | M | T | BUY | 8/4 | M | | |
| 12 | | | | | | | | | |
| 13 Merrill Lynch + Co. Inc c.s. | A | DIV | J | T | | | | | |
| 14 Connecticut State Housing Bond | D | INT | L | T | | | | | |
| 15 New Jersey Sports Center Bond | C | INT | L | T | | | | | |
| 16 D C. Howard University Bond | C | INT | L | T | | | | | |
| 17 D C. General Hospital Bond | B | INT | L | T | | | | | |

1   Income/Gain Codes:   A=$1,000 or less       B=$1,001-$2,500       C=$2,501-$5,000        D=$5,001-$15,000       E=$15,001-$50,000
    (See Col. B1, D4)    F=$50,001- $100,000    G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2   Value Codes:         J=$15,000 or less      K=$15,001-$50,000      L=$50,001-$100,000       M=$100,001-$250,000
    (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
                         P3=$25,000,001-$50,000,000                    P4=More than $50,000,000
3   Value Method Codes: Q=Appraisal            R=Cost (real estate only)  S=Assessment          T=Cash/Market
    (See Col. C2)        U=Book value           V=Other                W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·07 |

## VII. Page 1  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 2 Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 3 Washington Area Transit Authority Bond | B | INT | L | T | | | | | |
| 4 MERRILL LYNCH FUNDS ↓ | | | | | | | | | |
| 5   Basic Value Fund | A | DIV | J | T | | | | | |
| 6   Global Fund | A | DIV | J | T | | | | | |
| 7   Phoenix Fund | A | DIV | J | T | | | | | |
| 8   Pacific Fund | A | DIV | J | T | | | | | |
| 9   Capital Growth Fund | A | DIV | J | T | | | | | |
| 10 G.T. Telecommunications Fund | A | DIV | J | T | | | | | |
| 11 Pasadena N.V. Trust Growth Fund | A | DIV | J | T | | | | | |
| 12 Scudder Capital Growth Fund | A | DIV | J | T | | | | | |
| 13 Odd Lot Fund | A | DIV | J | T | | | | | |
| 14 Gilead Sciences Inc. c.s. | A | DIV | J | T | | | | | |
| 15 ADC Telecommunications Inc. c.s. | A | DIV | J | T | | | | | |
| 16 Microsoft Inc.  c.s. | A | DIV | | | SOLD ALL | 12/12 | J | A | |
| 17 Loral Space + Communications Inc. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C III | 5·15·07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | If not exempt from disclosure (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Costco Cos. Inc. c.s. | A | DIV | J | T | | | | | |
| 2 American International Group C.S. | A | DIV | J | T | | | | | |
| 3 Berkshire Hathaway Co. c.s. | A | DIV | J | T | | | | | |
| 4 General Electric Co. c.s. | A | DIV | J | T | | | | | |
| 5 Level 3 Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 6 Nextel Inc. c.s. | | | | | SOLD ALL | 2/6 | J | B | |
| 7 Nokia Corp. c.s | A | DIV | J | T | | | | | |
| 8 Qualcomm Inc. c.s. | A | DIV | J | T | | | | | |
| 9 Texas Instruments Inc. c.s | A | DIV | J | T | | | | | |
| 10 Echelon Corp. c.s. | A | DIV | J | T | | | | | |
| 11 Siebel Systems Inc. c.s. | A | DIV | J | T | | | | | |
| 12 Biosite Diagnostics Inc. c.s. | | | | | SOLD ALL | 2/13 | J | C | |
| 13 Human Genome Sciences Inc. c.s. | A | DIV | J | T | | | | | |
| 14 IBM Corp. c.s. | A | DIV | | | SOLD ALL | 12/12 | J | (A) | |
| 15 Lightbridge Inc. c.s. | A | DIV | J | T | | | | | |
| 16 PMC Sierra Inc. c.s. | A | DIV | J | T | | | | | |
| 17 Quidel Corp. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Sunguard Security Systems Inc. c.s | A | DIV | J | T | | | | | |
| 2 Tekelec Corp. c.s. | A | DIV | J | T | | | | | |
| 3 Transgenomic Corp. c.s. | A | DIV | J | T | | | | | |
| 4 Tyco Inc. c.s. | A | DIV | J | T | | | | | |
| 5 Vitesse Semiconductor Corp.; c.s. | A | DIV | J | T | | | | | |
| 6 Array Biopharma Co. c.s. | A | DIV | J | T | | | | | |
| 7 Digimarc Inc. c.s. | A | DIV | | | SOLD ALL | 11/14 | J | (A) | |
| 8 Walt Disney Co. c.s. | A | DIV | J | T | | | | | |
| 9 Europacific Growth Fund | A | DIV | J | T | | | | | |
| 10 Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 11 Harvard Bioscience Inc. c.s. | A | DIV | J | T | | | | | |
| 12 Ventana Medical Systems Inc. c.s. | A | DIV | | | SOLD ALL | 8/30 | J | A | |
| 13 Bluefly Inc. c.s. | A | DIV | J | T | | | | | |
| 14 Citadel Security Software Inc. c.s. | A | DIV | J | T | | | | | |
| 15 Enterasys Networks Inc. c.s. | A | DIV | J | T | | | | | |
| 16 Finistar Corp. c.s. | A | DIV | J | T | | | | | |
| 17 Inkline Pharmaceuticals Inc. c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Sonosite Inc. c.s. | A | DIV | J | T | | | | | |
| 2 Stratex Networks Inc. c.s. | A | DIV | J | T | | | | | |
| 3 St. Paul Companies Inc. c.s. | A | DIV | J | T | | | | | |
| 4 Ascential Software Corp. c.s. | A | DIV | J | T | | | | | |
| 5 Bank of America c.s. | A | DIV | J | T | | | | | |
| 6 Blackrock Trust Co. c.s. | A | DIV | J | T | | | | | |
| 7 Canadian Oil Sands Trust Co. c.s. | A | DIV | J | T | | | | | |
| 8 Cepheid Inc. c.s. | A | DIV | | | SOLD ALL | 11/14 | J | (A) | |
| 9 Chevron Texaco Co. c.s. | A | DIV | J | T | | | | | |
| 10 Cisco Corp. c.s. | A | DIV | J | T | | | | | |
| 11 Depomed Inc. c.s. | A | DIV | | | SOLD ALL | 11/14 | J | (B) | |
| 12 Diversa Corp. c.s. | A | DIV | J | T | | | | | |
| 13 Dominion Resenve Inc c.s. | A | DIV | J | T | | | | | |
| 14 Exxon Mobil Corp. c.s. | A | DIV | J | T | | | | | |
| 15 Ing International Small Cap Fund | A | DIV | J | T | | | | | |
| 16 Intel Corp. c.s. | A | DIV | | | SOLD ALL | 12/12 | J | (D) | |
| 17 J.P. Morgan Chase Co. Inc c.s. | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Kayne Anderson Midstream Investment Co. c.s. | A | DIV | J | T | | | | | |
| 2 Lionbridge Technologies Inc. c.s. | A | DIV | J | T | | | | | |
| 3 Lowe's Cos. Inc. c.s. | A | DIV | J | T | | | | | |
| 4 MBNA Corp. c.s. | A | DIV | J | T | | | | | |
| 5 Medarex Inc. c.s. | A | DIV | J | T | | | | | |
| 6 PHLO Corp. c.s. | A | DIV | J | T | | | | | |
| 7 Plum Creek Timber Co. Inc. c.s. | A | DIV | J | T | | | | | |
| 8 Redback Networks Inc. c.s. | A | DIV | J | T | | | | | |
| 9 Royal Dutch Petroleum Corp. c.s. | A | DIV | J | T | | | | | |
| 10 SBC Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 11 Star Scientific Inc. c.s. | A | DIV | J | T | | | | | |
| 12 Superconductor Technologies Inc. c.s. | A | DIV | J | T | | | | | |
| 13 Time Warner Co. c.s. | | | | | SOLD ALL | 2/13 | J | A | |
| 14 Verizon Inc. c.s. | A | DIV | J | T | | | | | |
| 15 Google Inc c.s. | | | | | SOLD ALL | 3/2 | J | B | |
| 16 Informatica Corp. c.s. | A | DIV | J | T | | | | | |
| 17 Ishares Goldman Sachs Natural Resource Index Fund | A | DIV | | | SOLD ALL | 6/13 | J | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymund C. III | 5·15·07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Ishares MSCI Emerging Markets Index Fund | A | DIV | | | SOLD ALL | 5/22 | J | C | |
| 2 Keeley Small Cap Value Fund | A | DIV | J | T | | | | | |
| 3 Mindspeed Technologies Inc. c.s. | A | DIV | J | T | | | | | |
| 4 Nuvasive Inc. c.s. | A | DIV | J | T | | | | | |
| 5 Oppenheimer Intl. Small Co. Fund | A | DIV | J | T | | | | | |
| 6 PaineWebber Global High Income Fund | A | DIV | | | SOLD ALL | 5/16 | J | (A) | |
| 7 Phase Forward Inc. c.s. | A | DIV | J | T | | | | | |
| 8 Power Integration Inc. c.s. | A | DIV | | | SOLD ALL | 5/10 | J | A | |
| 9 Putnam International Inc. c.s. | A | DIV | J | T | | | | | |
| 10 Rae Systems, Inc. c.s. | A | DIV | J | T | | | | | |
| 11 Rayonier REIT Inc. c.s. | A | DIV | J | T | | | | | |
| 12 Sangamo Biosciences Inc. c.s. | A | DIV | J | T | | | | | |
| 13 Snow Capital Mgmt. Fund | A | DIV | J | T | | | | | |
| 14 Symmetricom Inc. c.s. | A | DIV | J | T | | | | | |
| 15 Verisign Inc. c.s. | A | DIV | J | T | | | | | |
| 16 Vital Images Inc. c.s. | A | DIV | J | T | | | | | |
| 17 Archer Daniel Midlands Inc. c.s. | A | DIV | J | T | BUY | 9/11 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5·15·07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy sell, merger redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Dexcom Inc. c.s | A | DIV | J | T | BUY | 2/15 | J | | |
| 2 Durect Corp. c.s | A | DIV | J | T | BUY | 6/5 | J | | |
| 3 International Game Technology Inc. c.s. | A | DIV | J | T | BUY | 9/11 | J | | |
| 4 Iris Intl. Inc. c.s. | | | J | T | BUY | 4/14 | J | | |
| 5 Ishares DJ Select DIV Fund | A | DIV | J | T | BUY | 7/20 | K | | |
| 6 Ishares MSCI EAFE Index Fund | A | DIV | J | T | BUY | 7/20 | K | | |
| 7 News Corp. Inc. c.s. | A | DIV | J | T | BUY | 9/11 | J | | |
| 8 Penn West Energy Trust c.s. | A | DIV | J | T | BUY | 7/20 | J | | |
| 9 Regeneration Tech Inc. c.s. | A | DIV | J | T | BUY | 4/5 | J | | |
| 10 Regeneron Pharmaceuticals Inc. c.s. | | | J | T | BUY | 4/14 | J | | |
| 11 Smuckers Inc. c.s. | A | DIV | J | T | BUY | 3/15 | J | | |
| 12 SRA International Inc. c.s. | A | DIV | J | T | BUY | 3/7 | J | | |
| 13 Zymogenetics Inc. c.s. | A | DIV | J | T | BUY | 5/11 | J | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date _____5- 15.07_____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544